Case 2:12-cv-00646-RMP    Document 18    Filed 11/08/13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>        Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MONIQUE OLSEN,<br><br>        Defendant. | NO: CV-12-646-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80159-PCW11<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT |

Pursuant to the Report and Recommendation from the Bankruptcy Court filed in this case in District Court on September 25, 2013, ECF No. 11, the Court issued an Order to Show Cause directing Defendant Monique Olsen to appear and show cause on November 8, 2013, at 2:00 p.m. as to why judgment should not be

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT ~ 1

entered against her in the amount of $340,278.42 CAD.  ECF No. 14.  This Order memorializes the findings and conclusions the Court placed on the record at the hearing.

The show cause hearing was held as scheduled.  Dan Gibbons appeared on behalf of Plaintiff.  Defendant failed to appear telephonically as ordered, despite the Court extending the hearing for approximately twenty minutes.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, **ECF No. 11**, is **ADOPTED**.  Default Judgment against Defendant Monique Olsen shall be entered.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel and to Defendant at **6076 Gold Road, Agassiz, BC V0M 1A3, CANADA**, and to Judge Patricia C. Williams.

**DATED** this 8th day of November 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFAULT JUDGMENT ~ 2