UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor, | NO: CV-12-646-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MONIQUE OLSEN,<br><br>　　　　　　　　　Defendant. | Adv. Proc. No. 11-80159-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANT MONIQUE OLSEN |

JUDGMENT SUMMARY

1. Judgment Creditor:  Plaintiff Bruce P. Kriegman

2. Attorneys for Judgment
   Creditors:  Daniel J. Gibbons
   Witherspoon Kelley

DEFAULT JUDGMENT AGAINST DEFENDANT MONIQUE OLSEN ~ 1

| | | |
|---|---|---|
| 3. | Judgment Debtor: | Monique Olsen |
| 4. | Attorney for Judgment Debtor: | None |
| 5. | Amount of Judgment: | $340,278.42 CAD |
| 6. | Amount of Interest Owed To Date of Judgment: | $0.00 |
| 7. | Interest Rate: | 0.11% per annum |

## JUDGMENT

Based on the Order Granting Plaintiff's Motion for Summary Judgment, BKC ECF No. 60, and the Report and Recommendation of the bankruptcy court, DC ECF No. 11, judgment in this matter is entered as follows:

Plaintiff Bruce P. Kriegman is awarded judgment against Defendant Monique Olsen in the amount of $340,278.42 CAD, plus post-judgment interest at the rate of 0.11 percent (0.11%) per annum until paid in full.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, **Defendant Monique Olsen, 6076 Golf Road, Agassiz, BC V0M 1A3, CANADA**, and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 8th day of November 2013.

    *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    Chief United States District Court Judge